

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2018

No. 04-18-00522-CV

**In The Matter Of The Estate Of Hugh Bob Spiller,**

From the County Court, Menard County, Texas
Trial Court No. 2013-02059A
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

Sitting:       Sande Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Appellee's motion to dismiss the appeal is carried with the case.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court